IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RAYMOND MATHIS, #140252, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:16-CV-436-WHA |
| ) | |
| DR. W. RAHMIRE, ) | |
| a.k.a., DR. WILCOTT RAHMING, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge entered on February 21, 2017 (Doc. #12). There being no timely objection to the Recommendation, and after an independent review of the file, it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of this court resulting in his failure to properly prosecute this action.

Final Judgment will be entered separately.

DONE this 20th day of March, 2017.

/s/   W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE